IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY MORRIS THOMAS,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent(s). | No C 08-00157 CRB (PR)<br><br>ORDER OF DISMISSAL |

This habeas corpus action by a prisoner was filed on January 11, 2008. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved prisoner in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 60 days have elapsed; however, petitioner has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Thomas, K1.or1.wpd

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY MORRIS THOMAS, | Case Number: CV08-00157 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelsey Morris Thomas J 03812
High Desert State Prison
B4-127U
P.O. Box 3030
Susanville, CA 96127-3030

Dated: March 25, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk