**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY MORRIS THOMAS,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent(s). | No C 08-00157 CRB (PR)<br><br>ORDER OF DISMISSAL |

    This habeas corpus action by a prisoner was filed on January 11, 2008. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved prisoner in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    More than 60 days have elapsed; however, petitioner has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot.

    SO ORDERED.

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Thomas, K1.or1.wpd