OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
____ UNABLE TO LOCATE
____ MULTIPLE INMATES WITH SAME NAME
✓ NAME & CDC# DON'T MATCH
____ NO LONGER IN CUSTODY
____ NO CDC#
____ REFUSED BY INMATE

name/CDC
no match

FILED
RECEIVED

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

SAN FRANCISCO CA 941

28 MAR 2008

02 1A
0004329662
MAILED FROM ZIP CODE 94102
$ 00.410
MAR 25 2008

Kelsey Morris Thomas J 03812
High Desert State Prison
B4-127U
P.O. Box 3030
Susanville, CA 96127-3030

CV08-00157 CRB

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    KELSEY MORRIS THOMAS,                        No C 08-00157 CRB (PR)
9              Petitioner,                        ORDER OF DISMISSAL
10
     v.
11
     PEOPLE OF THE STATE OF CALIFORNIA,
12             Respondent(s).
                                               /
13

14         This habeas corpus action by a prisoner was filed on January 11, 2008. The court

15   notified petitioner in writing at that time that the action was deficient because petitioner did

16   not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-

17   approved prisoner in forma pauperis application, including a completed certificate of funds

18   in the prisoner's account and a copy of the prisoner's trust account statement for the last six

19   months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested

20   items within 30 days would result in dismissal of the action.

21         More than 60 days have elapsed; however, petitioner has not provided the court with

22   the requisite items, or sought an extension of time to do so. The action is DISMISSED

23   without prejudice.

24         The clerk shall close the file and terminate all pending motions as moot.

25         SO ORDERED.

26
                                               _____
27                                             CHARLES R. BREYER
                                               United States District Judge
28

G:\PRO-SE\CRB\HC.08\Thomas, K1.or1.wpd

4 kk

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

KELSEY MORRIS THOMAS,

Plaintiff,

v.

PEOPLE OF THE STATE OF CALIFORNIA
et al,

Defendant.
_____/

Case Number: CV08-00157 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelsey Morris Thomas J 03812
High Desert State Prison
B4-127U
P.O. Box 3030
Susanville, CA 96127-3030

Dated: March 25, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk