

08-CV-157-CRB

My Name is Kelsey Morris Thomas AKA Shawn Harris #J03812 an my last place of residence was High desert State Prison an I filed a petition writ of Habeas Corpus under 28 U.S.C § 2254 while I was there, an now Am at a different adress an would like my filed documents to be sent to me here at the adress on the envelope of this letter. An if possible could you send me another form of petition for writ of habeas Corpus under 28 U.S.C § 2254 so that I can redo it if I made any mistakes because Am real close to the dead line, Thank You.
My Court of Appeal # is A111000
I'm Appealing my denial of my first level.

Kelsey Morris Thomas
(AKA) Shawn Harris

Shawn Harris (AKA) Kelsey Thomas J03812
C.S.P. Centinela
P.O. Box 921 C5-2424
Imperial, CA, 92251

'Legal MAIL'

GENERATED FROM
CENTINELA STATE PRISON

02 1A
000436523l
MAILED FROM ZIPCODE 92251
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
APR 07 2008

9461235217 0037

United States District Court
Northern District of California
1301 Clay Street, 400 South
Oakland, CA, 94612-5212.